# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ASHOK ARORA,** | Case No.: 1:18-cv-00767 |
| **Plaintiff,** | **NOTICE OF SETTLEMENT** |
| v. | |
| **AARGON AGENCY, INC.,** | |
| **Defendant.** | |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that a settlement in this matter has been reached between all parties. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 60 days from the date of this notice.

In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

Respectfully Submitted,

Dated: October 29, 2018

CARLSON & MESSER LLP
s/ David J. Kaminski
Attorney for Defendant,
Aargon Agency, Inc.
Carlson & Messer LLP
5901 W. Century Blvd., #1200
Los Angeles, CA 90045
(t) (310) 242-2200
(f) (310) 242-2222
kaminskid@cmtlaw.com

## **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 29th day of October, 2018, a true and accurate copy of the foregoing Notice of Settlement was served via the District Court ECF System on the Following:

Email: ashoklaw@protonmail.com

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP