IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHOK ARORA, ) | |
| ) | |
| Plaintiff, ) | Honorable Joan H. Lefkow |
| ) | |
| v. ) | Case No.: 1:18-cv-00767 |
| ) | |
| AARGON AGENCY, INC., ) | |
| ) | |
| Defendant ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and jointly requested by Plaintiff ASHOK ARORA ("Plaintiff") and Defendant AARGON AGENCY, INC., ("Defendant"), that the above-entitled action be dismissed in its entirety, with prejudice. Each party shall bear its own costs and expenses.

Dated: November 20, 2018

Respectfully Submitted,

/s/ David J. Kaminski
Carlson & Messer LLP
5901 W. Century Blvd., #1200
Los Angeles, CA 90045
(t) (310) 242-2200
(f) (310) 242-2222
kaminskid@cmtlaw.com
*Attorney for Defendant*

/s/ Ashok Arora
Ashok Arora
869 E Schaumburg Rd 217
Schaumburg, IL 60194
Telephone: 224-622-3846
Email: ashoklaw@protonmail.com
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

I, Ashok Arora, hereby certify that on November 20, 2018, I filed the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Ashok Arora_____
Ashok Arora
*Pro Se Plaintiff*
